

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00261-CR

| | | |
|---|---|---|
| LEE VAUGHN JR., Appellant | § | On Appeal from the 462nd District Court |
| | § | of Denton County (F22-524-462) |
| V. | § | April 20, 2023 |
| | § | Memorandum Opinion by Justice Walker |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT ON REHEARING

After reviewing appellant Lee Vaughn Jr.'s motion for rehearing, we deny the motion. We withdraw our March 23, 2023 judgment and submit the following.

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
          Justice Brian Walker